**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NANCY JONES,

        Plaintiff,

v.                                        Case No: 6:20-cv-1891-WWB-LRH

DAYTONA BR-GD, INC.,

        Defendant.

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal (Doc. 44). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on May 13, 2021.

_[signature]_
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record